# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2771
_____

LEVINE, SCHNEPPER & SANDLER,
P.A.,

    Appellant,

    v.

PANERA, TRAVELERS, and
WALSON ANILUS,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident: November 1, 2021.

December 12, 2023

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, WINOKUR, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

R. Cory Schnepper and Jay M. Levy, Levine, Schnepper & Sandler, P.A., Miami, for Appellant.

Justin R. Crum, Orlando, for Appellees.